73 A.3d 525

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Samuel Joseph BRYDON, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 13, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of August 2013, the Emergency Application for Leave to Issue Subpoena Pursuant to Pa. R.J.A. 1701 is **DENIED.**